FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

NOV 19 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:12-mj-24-CWH |
| vs. | **ORDER RESCHEDULING HEARING** |
| David Charles Moore | |
| Defendant. | |

Due to a conflict on the Court's calendar,

**IT IS HEREBY ORDERED** that the Hearing re: Verification of Completion of Sentence currently set for Tuesday, March 19, 2013, is rescheduled to **Tuesday, March 12, 2013, at 1:30 p.m. in LV Courtroom 3C before Magistrate Judge C.W. Hoffman, Jr**.

DATED this __19th__ day of November, 2012.

_____
C.W. HOFFMAN, JR.
United States Magistrate Judge